## No. 16,563.

TOWER *v.* EASTMAN ET AL.

(239 P. [2d] 988)

Decided January 14, 1952.   Rehearing denied January 23, 1952.

PER CURIAM.

Judgment affirmed en banc without written opinion, and the cause remanded for further proceedings.   Mr. Justice Knauss not participating.

Mr. FRANK A. BRUNO, Mr. H. D. REED, for plaintiff in error.

Mr. HOWARD ROEPNACK, for defendants in error.